UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 20-1265-JGB (KKx)** | Date: | June 30, 2020 |
| Title: | *Daniel Escutia v. Juanita Carlos Medina* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why Defendant's Request for In Forma Pauperis Application Should Not Be Denied

The Court is in receipt of defendant Juanita Carlos Medina ("Defendant")'s application to proceed in forma pauperis ("IFP Application"). ECF Docket No. ("Dkt.") 3. This action was removed to federal court from San Bernardino County Superior Court by Defendant. However, Defendant does not attach the underlying superior court complaint as required by 28 U.S.C. § 1446(a). Hence, the Court is inclined to recommend dismissal of the action. Nevertheless, the Court will allow Defendant an opportunity to cure the deficiency in his pleading.

Accordingly, if Defendant wishes to proceed with this lawsuit, **within thirty (30) days** of the date of this Order Defendant must file a copy of the underlying superior court complaint.

**Defendant is expressly warned that failure to timely comply with this Order may result in dismissal of the case.**

**IT IS SO ORDERED.**